**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50606 |
| Plaintiff - Appellee, | D.C. No. 2:04-cr-01453-ABC |
| v. | |
| VINCE EDWARD WILSON, | MEMORANDUM[*] |
| Defendant - Appellant., | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, Chief District Judge, Presiding

Submitted August 2, 2011[**]

Before:     RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

Vince Edward Wilson appeals from the district court's order denying his

motion under Federal Rule of Criminal Procedure 36.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Wilson contends that the district court erred when it denied his motion to correct an alleged clerical error in the amended judgment that increased his sentence. There is no error in the amended judgment. Accordingly, the district court correctly denied the motion. *See* Fed. R. Crim. P. 36 (only permitting court to correct a "clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission").

**AFFIRMED.**